81-122

# United States Court of Appeals
## For the First Circuit

No. 03-1049

UNITED STATES,

Appellee,

v.

JUAN M. SALCEDO,

Defendant, Appellant.

Before

Boudin, Chief Judge,
Torruella and Howard, Circuit Judges.

JUDGMENT

Entered: July 6, 2005

By agreement of the parties and with the approval of the court, the defendant's conviction is affirmed, his sentence is vacated, and the case is remanded for resentencing in light of United States v. Booker, 125 S. Ct. 738 (2005). We intimate no view as to whether the same or a different sentence should be imposed on remand.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By: [signature] Date: 7-6-05

[Certified Copies: Hon. Mary M. Lisi and David DiMazzio, Clerk]
[cc: Jason M. Sullivan, Esq., Mary E. Rogers, Esq. and Donald Lockhart, Esq.]