MANDATE

01-122
USDC/RI
Judge Lisi

# United States Court of Appeals
## For the First Circuit

RECEIVED
AUG 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

No. 03-1049

UNITED STATES,

Appellee,

v.

JUAN M. SALCEDO,

Defendant, Appellant.

Before

Boudin, Chief Judge,
Torruella and Howard, Circuit Judges.

JUDGMENT

Entered: July 6, 2005

By agreement of the parties and with the approval of the court, the defendant's conviction is affirmed, his sentence is vacated, and the case is remanded for resentencing in light of United States v. Booker, 125 S. Ct. 738 (2005). We intimate no view as to whether the same or a different sentence should be imposed on remand.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 7/27/05

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

[Certified Copies: Hon. Mary M. Lisi and David DiMazzio, Clerk]
[cc: Jason M. Sullivan, Esq., Mary E. Rogers, Esq. and Donald Lockhart, Esq.]