**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLALND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS** | : | **CR NO. 01-122ML** |
| | : | |
| **JUAN M. SALCEDO** | : | |

**DEFENDANT'S REQUEST FOR DEPARTURE PURSUANT TO 18 U.S.C. 3553**

Now comes the Defendant by and through his attorney and requests that this Honorable Court exercise its discretion pursuant to 18 U.S.C. 3553. Based upon U.S. Supreme Court decisions in United States vs Freddie Booker (7th Cir.) 542 U.S. _______ (2004) and United States vs Duncan Fanfan (1st Circ.) 542 U.S. _______ (2004), the mandatory nature of the guidelines have been removed and the Court can exercise certain judicial freedom in sentencing. Attached please find the Defendant's Sentencing Memorandum Supplement and supporting documents which he has filed. I would request that I address this request orally on behalf of my client, since some points have been adjudicated by the 1st Circuit Court and are now moot.

Respectfully submitted,
Defendant, Juan Salcedo,
By his attorney,

JOHN J. BEVILACQUA #0420
380 Broadway
Providence, RI 02909
Phone: (401) 274-7444
Fax: (401) 274-5566

**CERTIFICATION**

I hereby certify that on this 15th day of March, 2006, I mailed a copy of the foregoing to the Office of the U.S. Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 by regular mail, postage prepaid.

______________________________