**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Cr. No. 01-122ML** |
| | ) | |
| **JUAN M. SALCEDO** | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO FOR DOWNWARD DEPARTURE**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant United States Attorney, and hereby responds to defendant's Motion for Downward Departure.

Defendant's motion is untimely pursuant to this Court's Local Rules and should be denied on that basis. L.R. Cr. 32(a). The government, having been served with defendant's motion the afternoon of March 15, 2006, can not prepare to meet defendant's arguments in time for the sentencing scheduled on March 17, 2006.

Local Rule Criminal 32(a) provides that "any request for a sentence outside of the applicable guideline range shall be made by motion and served at least seven (7) days prior to the date scheduled for sentencing . . ." (Emphasis added.) As the Court is aware, the sentencing in this case is scheduled for March 17, 2006, which date was the result of a continuance from the original sentencing date of March 14, 2006 as requested by defendant. Defendant served the instant motion on the government after 2:00 p.m. on March 15, 2006. Due to the untimely filing, the government is unable to supply the Court with more than an objection to defendant's motion. The untimeliness of defendant's motion places the government in the position of being unable to

properly respond to defendant's arguments in time for the scheduled sentencing.

Defendant's motion should be denied as untimely. In the alternative, the government should be granted a continuance in order that it may fairly present its arguments to rebut defendant's motion.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

STEPHANIE S. BROWNE
Assistant U. S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March, 2006, a copy of the within Government's Response was sent by facsimile and ordinary mail and postage prepaid to John J. Bevilacqua, 380 Broadway, Providence, RI 02909, 401-274-5566.