UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Crim. No. 03-1049 |
| v. | : | |
| JUAN SALCEDO, | : | LATE NOTICE OF APPEAL |
| Appellant, | : | CR 01-122 ML |

COMES NOW, Juan Salcedo, the appellant in the above referenced matter, hereby files a Late Notice of Appeal, stemming from a Judgment of the United States District Court, for the District of Rhode Island, the Honorable Judge Lisi, rendered on March 16, 2006.

This Notice is timely filed pursuant to Federal Rules of Criminal Procedure, Rule 4(b), and concerns the Resentencing of the Appellant, following a Judgment of the United States Court of Appeals for the First Circuit', which issued an Order for remand for resentencing, pursuant to United States v. Booker, 125 S.Ct. 738 (2005).

April 14, 2006

Respectfully,

Juan Salcedo

# AFFIRMATION OF SERVICE

JUAN SALCEDO, affirms under the penalties of perjury:

That I have on this date, caused to be mailed via the United States Postal Service, a copy of a Late Notice of Appeal, to the following parties in this action:

United States District Court
District of Rhode Island
**John O. Pastore Federal Building**
Two, Exchange Terrace,
Providence, RI 02903

United States Court of Appeals
First Circuit
1 Courthouse Way
Boston, Massachusetts
02210

Respectfully,

Juan Salcedo