UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

April 24, 2006

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

CR 01-122ML **CCA#** 06-1684
USA v. Juan Salcedo

Dear Clerk of Court:

Enclosed herewith you will find the ~~RECORD ON APPEAL~~ and a certified copy of the docket entries .

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By J. Duhamel
John Duhamel
Deputy Clerk

Encl.: **Case file, incl. 3 transcripts {Doc#s 38, 39, & 43};**
**J&C's Statement of Reasons [sealed]**
**Certified docket**