UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES

v. CR 01-122 ML

JUAN M. SALCEDO

ORDER

Defendant/Appellant filed his Notice of Appeal on April 24, 2006, more than ten days after the Amended Judgment entered on March 17, 2006. Defendant/Appellant acknowledges that his filing was made out of time by virtue of the fact that he titles the document "Late Notice of Appeal." Although Defendant/Appellant invokes Fed. R. App. P. 4(b), he does not give any reason why the notice of appeal was filed more than ten days after the entry of the Amended Judgment. Defendant/Appellant is hereby ordered to provide this Court with his reason(s) in writing on or before May 22, 2006.

SO ORDERED:

Mary M. Lisi
United States District Judge
May 9 , 2006