UNITED STATES DISTRICT COURT
DISTRCT OF RHODE ISLAND

UNITED STATES

v.

JUAN SALCEDO,

Cr 01 122 ML

AFFIRMATION IN RESPONSE TO COURT'S ORDER DATED MAY 9, 2006

Juan Salcedo, affirms under the penalties of perjury:

1. That on March 17, 2006, a Judgment was entered in the United States District Court for the District of Rhode Island, for resentencing, following a successful appeal to the United States Court of Appeals for the First Circuit.

2. That at the time the March 17, 2006 judgment was entered, I was housed within the Wyatt Detention Facility, in Rhode Island, awaiting transport back to FCI Raybrook, which was the facility of prior designation; and I was thereafter placed in transit, from Wyatt Detention Facility, to M.D.C. Brooklyn, to Lewisburg Penitentiary, until my arrival at FCI Raybrook.

3. That within 3 days of my arrival at FCI Raybrook, I filed a Late Notice of Appeal, which was the first available time for me to file such notice. Pursuant to Appellate Rule 4, I had 10 days in which to file my notice of appeal; however, that Rule also provides that I may file such Late Notice, no later than 30 days past the 10 day time limitation in which to file the original notice of appeal.

4. That my Late Notice of Appeal was timely filed, within the statutory definition as set forth in Appellate Rule 4, and that based on my diligence in filing the Late Notice of Appeal, this Court should grant such Late filing.

Respectfully,

Juan Salcedo
05100-070
FCI Raybrook
P.O. Box 9009
raybrook, NY
12977

May 17, 2006