MANDATE

01-00122
USDC/RI
Lisi, J

# United States Court of Appeals
## For the First Circuit

No. 06-1684

UNITED STATES,
Appellee,

v.

JUAN M. SALCEDO,
Defendant-Appellant.

**JUDGMENT**

Entered: July 5, 2006
Pursuant to 1st Cir. R. 27(d)

By order entered June 5, 2006, appellant was directed to show cause in writing as to why this appeal should not be dismissed as untimely. Appellant was warned that failure to respond by June 19, 2006 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3(b).

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER
By:________________
Chief Deputy Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 7/26/06

[cc: Juan M. Salcedo, John J. Bevilacqua, Esq., Mary E. Rogers, AUSA]