**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Cr. No. 01-122-01ML** |
| | : | |
| **JUAN SALCEDO** | : | |

**GOVERNMENT'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. §3582(C)(2)**

The United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephen G. Dambruch, Assistant U.S. Attorney, hereby moves the Court to extend the time by which the government must file its response to defendant's Motion For Reduction of Sentence Pursuant to 18 U.S.C. § 3582(C)(2)to six weeks. As grounds for this request, the government states that Assistant U.S. Attorney, Mary E. Rogers is out of the office and has court excusal until July 31, 2008.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,
ROBERT CLARK CORRENTE
United States Attorney

/s/ STEPHEN G. DAMBRUCH
STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Fl.
Providence, RI 02903
Tel (401)709-5000
Fax (401)709-5001
email: stepehn.dambruch@usdoj.gov

CERTIFICATION OF SERVICE

On this 15th day of July , 2008, I caused the Government's Motion To Extend Time to Respond to Defendant's Motion for Reduction of Sentence to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic Notification:

Kevin Fitzgerald, Esq.
Federal Public Defender
10 Weybosset Street
Suite 300
Providence, RI 02903

/s/ STEPHEN G. DAMBRUCH
STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Fl.
Providence, RI 02903
Tel (401)709-5000
Fax (401)709-5001
email: stepehn.dambruch@usdoj.gov